IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTICE INFINITE ALLAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:  2:12-CV-616-TMH |
| | ) |
| JUDGE HIGGINS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 4) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that:

1.  The Recommendation (Doc. 4) of the Magistrate Judge is ADOPTED;

2.  Plaintiff's complaint is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii); and

3.  This case is DISMISSED prior to service of process.

A separate judgment shall issue.

Done this 18th day of September, 2012.

/s/  Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE